

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. MO:12-CR-133 |
| Plaintiff, | SUPERSEDING INDICTMENT |
| V. | [Vio: 18 U.S.C. § 2252(a)(4) - Possession of Child Pornography; 18 U.S.C. § 2422(b) - Coercion & Enticement of a Minor] |
| TREVIN ROUNDS, | |
| Defendant. | |

THE GRAND JURY CHARGES:

COUNT ONE
[18 U.S.C. § 2252(a)(4)]

That on or about March 17, 2012, in the Western District of Texas, the Defendant,

TREVIN ROUNDS,

did knowingly possess visual depictions of minors engaging in sexually explicit conduct, which had been mailed, shipped and transported in interstate commerce; was produced using materials which had been shipped and transported in interstate commerce; the production of which involved the use of minors engaging in sexually explicit conduct, in violation of Title 18, United States Code, § 2252(a)(4).

COUNT TWO
[18 U.S.C. § 2422(b)]

That on or about March 17, 2012, in the Western District of Texas and elsewhere, the Defendant,

TREVIN ROUNDS,

did use a facility of interstate and foreign commerce, to wit: a cellular telephone, to knowingly persuade, induce, and entice an individual who had not attained the age of 18 years to engage in

sexual activity for which **TREVIN ROUNDS** could be prosecuted under Texas Penal Code Section 43.25 - Sexual Performance by a Child, all in violation of Title 18, United States Code, Section 2422(b).

A TRUE BILL.    Original signed by the foreperson of the Grand Jury

FOREPERSON OF THE GRAND JURY

ROBERT PITMAN
UNITED STATES ATTORNEY

AUSTIN M. BERRY
Assistant United States Attorney

PERSONAL DATA SHEET (REDACTED)
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| COUNTY: Ector | DIVISION: MIDLAND/ODESSA | JUDGE: |
| DATE: June 27, 2012 | MAG CT #: MO:12-MJ-131 | FBI #: |
| CASE NO: MO-12-CR-133 | ASSISTANT U.S. ATTORNEY: | |
| DEFENDANT: Trevin Rounds | | DOB: XXXXXXXXXX |
| ADDRESS: XXXXXXXXXXXXXXXXXXXXXXXXX | | |
| CITIZENSHIP: | INTERPRETER NEEDED   LANGUAGE: | |
| DEFENSE ATTORNEY: EMPLOYED APPOINTED | | |
| DEFENDANT IS: | | |
| DATE OF ARREST: April 6, 2012 | | BENCH WARRANT: XXX |
| PROBATION OFFICER: | | |
| NAME AND ADDRESS OF SURETY: | | |
| YOUTH CORRECTIONS ACT APPLICABLE: No | | |
| PROSECUTION BY: Indictment | | |
| OFFENSE (Code and Description): Ct. 1 – 18 USC 2252(a)(4) – Possession of child pornography; Ct. 2 – 18 USC 2422(b) – Coercion & enticement of a minor to engage in sexual activity | | |
| OFFENSE IS: FELONY | | |
| MAXIMUM SENTENCE: Ct. 1 - A term of imprisonment not to exceed 10 years; a minimum mandatory term of supervised release of 5 years, not to exceed life; a fine not to exceed $250,000; and a mandatory $100 special assessment; Ct. 2 - A minimum mandatory term of imprisonment of 10 years, not to exceed life; a minimum mandatory term of supervised release of 5 years, not to exceed life; a fine not to exceed $250,000; and a mandatory $100 special assessment. | | |
| PENALTY IS MANDATORY: As stated above. | | |
| REMARKS: AGENT: Don Williams Texas Department of Public Safety 2405 South Loop 250 West Midland, Texas 79703 | | |

WDT-Cr-3